# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JEFFREY COOKSON, | ) <br> ) <br> ) |
| Petitioner, | ) <br> ) |
| v. | ) Docket No. 1:19-cv-00170-NT <br> ) <br> ) |
| WARDEN, MAINE STATE PRISON, | ) <br> ) |
| Respondent. | ) |

## ORDER AFFIRMING THE RECOMMENDED
## DECISION OF THE MAGISTRATE JUDGE

Petitioner Jeffrey Cookson seeks relief pursuant to 28 U.S.C. § 2254 (ECF No. 1) from a state court conviction and sentence. On February 24, 2020, the United States Magistrate Judge filed with the Court, with copy to the Petitioner, his Recommended Decision on Petitioner's request for relief pursuant to 28 U.S.C. § 2254. Recommended Decision (ECF No. 21). Following nine extensions of time to file objections, the Petitioner filed an objection to the Recommended Decision on May 14, 2021 (ECF No. 60).

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record. I have made a *de novo* determination of all matters adjudicated by the Magistrate Judge's Recommended Decision, and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Petitioner's objection is **OVERRULED** and that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The Petitioner's 28 U.S.C. § 2254 petition (ECF No. 1) is hereby **DISMISSED** with prejudice. It is further **ORDERED** that no certificate of appealability should issue in the event the Petitioner files a notice of appeal because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2).

SO ORDERED.

/s/ Nancy Torresen
United States District Judge

Dated this 22nd day of June, 2021.